UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| OSCAR SAMUEL LAINEZ-LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00181-MPB-MJD |
| | ) | |
| SAMUEL OLSON, | ) | |
| KRISTI NOEM, | ) | |
| PAMELA BONDI, | ) | |
| TODD M. LYONS, | ) | |
| BRISON SWEARINGEN, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER DIRECTING FURTHER PROCEEDINGS**

Petitioner Oscar Samuel Lainez-Lopez is detained at the Clay County Jail in Brazil, Indiana, under the authority of U.S. Immigration and Customs Enforcement ("ICE"). He filed this writ of habeas corpus petition under 28 U.S.C. § 2241 seeking immediate release or, in the alternative, a bond hearing pursuant to 8 U.S.C. § 1226(a). Dkt. 1.

Respondents' return to the order to show cause, dkt. 7, references several exhibits that were not included with their filing. So that the Court may make an informed decision, **by 5:00 p.m. on March 26, 2026, respondents are ordered** to file a supplemental brief limited to the omitted exhibits.

**IT IS SO ORDERED.**

Date: March 25, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-Registered Counsel of Record

1